JAMES V. SCHIFFER, AND ROSEBUD COUNTY, A POLITICAL SUBDIVISION OF THE STATE OF MONTANA, RELATORS, v. THE DISTRICT COURT OF THE SIXTEENTH JUDICIAL DISTRICT OF THE STATE OF MONTANA, IN AND FOR THE COUNTY OF CUSTER, AND A. B. MARTIN, DISTRICT JUDGE PRESIDING, RESPONDENTS.

No. 13278.
Decided Feb. 20, 1976.
545 P.2d 1103

ORDER

PER CURIAM:

It is ordered the petition for writ of supervisory control is denied.